UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
PING with AT&T (and all its subsidiaries
and affiliates) for (414) 379-5631

Case No.: 23-MJ-223 (WED)

## MOTION TO SEAL TO SEARCH WARRANT, AFFIDAVIT AND APPLICATION

The United States of America, by its attorneys, hereby moves the Court to seal all documents filed or issued under the above-captioned magistrate number for a period of one year. As a basis for said motion, the Government relies upon the facts set forth in the affidavit submitted in support of the application, as well as the facts set forth below:

1. In a warrant issued on November 22, 2023, this Court authorized agents to search all information associated with a PING with AT&T and all its subsidiaries and its affiliates for (414) 379-5631.

2. This warrant was issued based on the application of ATF SA Matthew Ernst of the Bureau of Alcohol, Tobacco, Firearms and Explosives and included an affidavit to the search warrant.

3. Agents executed the search warrant on December 1, 2023. The warrant was returned on January 11, 2024. A Motion and Order to Seal the correlating pleadings are necessary based on the relevant facts disclosed in the search warrant affidavit.

4. The previously filed affidavit submitted in support of this application details the federal government's ongoing investigation into alleged violations of federal law in this district. The investigation to date has included the use of search warrants, grand jury subpoenas, and

electronic and physical surveillance. However, this investigation is not complete. There remain several unidentified witnesses, victims, subjects, and targets.

5. Disclosure of the search warrant application, including the supporting affidavit, would prejudice the Government's ongoing investigation in this matter, in that it would alert them to law enforcement activity. This could encourage the targets to change their method of operation, making it more difficult for the Government to determine the full scope of and participants in their criminal activity.

6. Based on the foregoing, the United States respectfully requests that the Court seal the application for warrant, including the supporting affidavit, for a period of one year. This period will allow the Government to complete its investigation, at which time the Government anticipates that appropriate criminal charges can be brought against the targets of this investigation.

A proposed order accompanies this motion.

Dated at Milwaukee, Wisconsin this 18th day of January 2024.

Respectfully Submitted,

GREGORY J. HAANSTAD
United States Attorney

By: */s/ Christopher J. Ladwig*

CHRISTOPHER J. LADWIG
Assistant United States Attorney